UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                        **PLAINTIFF**

**VS.**                                       **CRIMINAL ACTION NUMBER: 3:06CR-41-H**

**HAU YEUNG - 01**                                                                    **DEFENDANTS**
**JUAN BIN YEUNG - 02**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by the Defendants to Count 4 of the Indictment are hereby accepted, and the Defendants are adjudged guilty of such offenses.

Sentencing is hereby scheduled for **DECEMBER 12, 2006 at 11:45 a.m..** United States Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED THIS _____ DAY OF _____, 2006.**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant